**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 4, 2011 |
| Court Reporter: Janet Coppock | Time: 26 minutes |
| Probation Officer: Susan Heckman | Interpreter: n/a |

**CASE NO. 10-CR-00326-PAB-23**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| | MJ Menendez |
| Plaintiff, | Special Agent Shane Messner |
| vs. | |
| **23. ANTHONY RIVERA,** | Ann Kaufman |
| Defendant. | |

**SENTENCING**

**2:34 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Kaufman and comments addressing sentencing.

Mary Baeza addresses the Court.

Page Two
10-CR-00326-PAB-23
November 4, 2011

Argument by Ms. Carleton in support of the Government's Motion for Downward Departure and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(a) (Doc #1845), filed 10/12/11 is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **July 26, 2011** to count **One Hundred Forty-Two of the Superseding Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **48** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility with a Residential Drug Abuse Program** and further recommends that he be allowed to participate in the **RDAP** program.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED:   Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

Page Three
10-CR-00326-PAB-23
November 4, 2011

- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) The **special assessment/restitution/fine** obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Counts Eighty-Seven and Eighty-Eight of the Indictment (Doc #1847), filed 10/12/11is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

Page Four
10-CR-00326-PAB-23
November 4, 2011

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**3:00 p.m.**    **COURT IN RECESS**

**Total in court time:    26 minutes**

**Hearing concluded**

Page Two

**ORDERED**:  Bond is continued.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**a.m./p.m.**                        **COURT IN RECESS**

**Total in court time:**

**Hearing concluded**